IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JAY ALLEN PICKETT and | ) | Case No. 11-90276 |
| TAMMY COLLEEN PICKETT, | ) | Chapter 13 |
| Debtors. | ) | Honorable Gerald D Fines |

## PLAN UNDER CHAPTER 13

**YOUR RIGHTS WILL BE AFFECTED.** You should read these papers carefully and discuss them with your lawyer. Anyone who wishes to oppose any provision of this Plan or any motion included below must file a timely written objection. This Plan may be confirmed and the motions included below may be granted without further notice or hearing unless written objection is filed before the deadline stated on the separate Notice you should have received from the Bankruptcy Court. If you have a secured claim, this is notice that your lien may be voided or modified if you do not object to this Plan.

1. The future earnings of the Debtors are submitted to the supervision and control of the Chapter 13 Trustee and the Debtors (or Debtors' employer) shall pay to the Trustee the sum of $425.00 per month for a period of 60 months, or until completion of the Chapter 13 Plan. The total payments made to the Trustee shall aggregate $25,500.00.

2. From the payments so received, the Trustee shall make disbursements as follows:

    A. **Priority Claims:**

    The following claims are entitled to priority under 11 U.S.C. Section 507 in the following amounts:

    1. Payment of attorney's fees in the amount of $2,574.00 will be paid by the Trustee as a priority claim pursuant to 11 U.S.C. Section 1236(a).

    2. The Trustee's fees and expenses as determined by the Attorney General pursuant to 28 U.S.C. Section 586(e) in the amount of $2,550.00.

    B. **Secured Claims:**

    The following secured creditors shall be paid directly by the Debtors outside the Plan:

    1. CitiMortgage Inc, Post Office Box 183040, Columbus, OH 43218, regarding the loan secured by a purchase money security interest and first position mortgage in Debtors' homestead located at 6971 Old Dam Rd, Georgetown, IL 61846 (provided, however, the full pre-petition arrearage of approximately $20,000.00 will be cured through the Plan. Creditor shall retain said lien pursuant to 11 U.S.C. Section 1325(a)(5)(B)(i).

    2. Debtors will file a motion, if necessary, to avoid any non-purchase money security interests. Therefore, any such debts will be paid as general unsecured claims.

      Secured creditors to be paid directly shall continue to send regular monthly statements / invoices to Debtors and shall otherwise contact / communicate with Debtors directly concerning all informational matters affecting the normal servicing of Debtors' accounts. Mortgage loan creditors and servicers shall further comply with all RESPA requirements, including escrow account statement and analysis requirements.

      The following secured creditors shall be paid directly by the Trustee through the Chapter 13 Plan:

      1.    None, other than the aforementioned mortgage arrearage.

      C.    **Unsecured Claims:**

      From the payments received by the Trustee, after payment of priority claims and secured claims, the Trustee should have available approximately $376.00 which will be paid pro-rata to unsecured claims. The anticipated dividend payable to each general unsecured creditor, should all claims be filed and allowed, would be 37.60%.

3.    The Trustee shall make no payment in a denomination less than $15.00 and is authorized to accumulate funds for creditors in order not to make any payments less than $15.00.

4.    The effective date of this Plan will be the date of the Order Confirming Plan.

5.    Property of the estate will vest in the Debtor at the time of confirmation of the Plan, unless otherwise stated in Order Confirming Plan.

Dated:  February 11, 2011

                                                  Respectfully submitted,

                                                  /s/ Brian C. Lawlyes
                                                  Brian C. Lawlyes, Attorney for Debtors

PREPARED BY:
Brian C. Lawlyes
LAWLYES & LAWLYES, P.C.
Attorneys for Debtors
125 North State Street
Westville, Illinois 61883
Telephone: (217) 267-9900
BKR/Chap13Plan(PickettJT)