IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JAY ALLEN PICKETT and | ) | Case No. 2011-90276 |
| TAMMY COLLEEN PICKETT, | ) | Chapter 13 |
| Debtors. | ) | Honorable Gerald D Fines |

## DEBTORS' OBJECTION AND RESPONSE TO
## MOTION TO MODIFY AUTOMATIC STAY

NOW COMES Jay Allen Pickett and Tammy Colleen Pickett, Debtors in the above-captioned bankruptcy cause, by their attorneys LAWLYES & LAWLYES, and object to secured creditor CitiMortgage, Inc.'s Motion to Modify Automatic Stay filed March 02, 2012, and as their response to said Motion state as follows:

1. Debtors admit the allegations contained in Paragraph 1 of said Motion.

2. Debtors admit the allegations contained in Paragraph 2 of said Motion.

3. Debtors admit the allegations contained in Paragraph 3 of said Motion.

4. Debtors deny the allegations contained in Paragraph 4 of said Motion regarding the amount owing.

5. Debtors admit the allegations contained in Paragraph 5 of said Motion.

6. Debtors deny the allegations contained in Paragraph 6 of said Motion regarding the amount of the post-petition arrearage.

7. Debtors deny the allegations contained in Paragraph 7 of said Motion.

8. Debtors object to the relief sought in Paragraph 8 of said Motion.

WHEREFORE, Debtors object to creditor CitiMortgage, Inc.'s Motion to Modify Automatic Stay filed March 02, 2012, and respectfully request this Honorable Court enter an Order denying said creditor's Motion and for such other relief as is equitable and just.

Dated: __March 19, 2012__

Respectfully submitted,

By  /s/  Brian C Lawlyes
    Brian C Lawlyes, Attorney for Debtors

**NOTICE OF FILING AND PROOF OF SERVICE**

The undersigned certifies that on March 19, 2012, I did file the attached Objection and Response on behalf of the above-named Debtors.

The undersigned further certifies a true and correct copy of said document was served upon the following parties *via* First Class United States Mail:

NO MANUAL SERVICE;

and to all parties identified in Debtors' mailing matrix and to all parties having filed an appearance or request for notice in this cause, service of notice was made by the Court Clerk upon the filing of said document through the Central District of Illinois Bankruptcy Court's CM/ECF system, including:

CitiMortgage, Inc., C/O Hauselman, Rappin & Olswang, LTD, Attorneys at Law, 39 South LaSalle Street, Suite 1105, Chicago, Illinois 60603

Standing Chapter 13 Trustee, Post Office Box 349, Newman, Illinois 61942

Office of US Trustee, 401 Main Street, Suite 1100, Peoria, Illinois 61602

                                                    /s/ Brian C Lawlyes
                                               Brian C Lawlyes, Attorney for Debtors

PREPARED BY:
Brian C Lawlyes
LAWLYES & LAWLYES
Attorneys for Debtors
125 North State Street
Westville, Illinois 61883
Telephone: (217) 267-9900
BKR/ORM/Obj(PickettJT)(RE)(HRO)