## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

---

*In Re:* Jay Allen Pickett and Tammy Colleen Pickett     *Case No.:* 11–90276
*Debtor*

*Chapter:* 13

---

## *NOTICE OF PRELIMINARY HEARING AND PRELIMINARY HEARING ORDER*

Notice is hereby given that a Preliminary Hearing on the Request by Creditor CitiMortgage, Inc. for Relief from the Automatic Stay and/or for Adequate Protection has been set for: 4/24/12 at 10:00 AM in 201 N Vermilion St, Federal Building, Room 120, Danville, IL 61832.

Within eight (8) days from the date of this Notice and Order, the Respondent shall serve a copy of the response to the Request on the Moving Party by delivering a copy of the response to the attorney for the Moving Party. The original response, together with a Certificate of Service, shall be filed with the Court within a reasonable time after service, but in no event, later than three (3) days before the Preliminary Hearing. Failure to serve a timely response to the Request shall be deemed a statement of no opposition to the relief requested and the Moving Party may submit an order on or before the date set for the Preliminary Hearing without filing a pretrial statement.

In the event a final hearing is necessary, a final hearing will be scheduled by the Court at the Preliminary Hearing.

COUNSEL FOR ALL PARTIES ARE ORDERED to confer with all opposing counsel before the scheduled preliminary hearing and together prepare in writing and file with the Court at the Preliminary Hearing a JOINT DOCUMENT, captained "PRETRIAL STATEMENT". It shall be the responsibility of the Moving Party to initiate the conference with opposing counsel and the preparation of the Pretrial Statement. The Pretrial statement shall contain the following:

### *FOR MOVING PARTY*

1. A brief statement of the theory of each cause of action.
2. A brief summary of the moving party's contentions of facts in support of the cause(s) of action and the evidence to be relied upon to establish each of the facts contended.

### *FOR RESPONDENT*

1. A brief statement of the defense(s) including the theory of each defense.
2. A brief summary of the respondent's contentions of facts in support of the defense(s), and the evidence to be relied upon to establish each of the facts contended.

*NOTICE OF PRELIMINARY HEARING*
*AND PRELIMINARY HEARING ORDER*

*Page Two*

### FOR ALL PARTIES

In addition, the joint document shall include or have attached to it the following:

1. A Statement of all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's brief statement of contested legal issues

All of the above is to be incorporated in one document (with attachments) which is to be signed by all attorneys prior to the filing. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THE ACTION, DEFAULT, THE ASSESSMENT OF COSTS AND ATTORNEY'S FEES OR OTHER APPROPRIATE PENALTIES.

The affidavits or other documentary proof which each party relies on in support of its contentions shall be exchanged by the parties at or before the time of filing of the PRETRIAL STATEMENT.

At the preliminary hearing, the Court will consider the pleadings and the Pretrial Statement and attachments. Counsel should be prepared to discuss the exchange of exhibits, disclosure of witnesses, possible stipulations narrowing the issues of law and fact, the apparent likelihood of settlement as well as the probable length of a final hearing if the matter is not disposed of by settlement or otherwise.

*Dated:* 3/20/12

    /S/   Gerald D. Fines
United States Bankruptcy Judge

### NOTE: FAXED PRETRIAL STATEMENTS WILL NOT BE ACCEPTED.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.