**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**DANVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
| JAY ALLEN PICKETT and | ) |
| TAMMY COLLEEN PICKETT, | ) Case No.11-90276-GDF |
| | ) |
| Debtors. | ) Chapter 13 |

**PETITION FOR RULE TO SHOW CAUSE**

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee by her attorney,

Kevin Hays, for the Trustee's Petition for Rule to Show Cause states to the Court as follows:

1.   On February 27, 2011 the Debtors filed a voluntary petition for relief under Chapter

13 of Title 11 of the United States Code.

2. Marsha L. Combs-Skinner is the duly appointed Trustee for the above captioned case.

3.  On October 20, 2011, the Plan proposed by the Debtors was confirmed.

4.  On June 12, 2012, the Trustee filed a Motion to Compel the Debtors to submit their

2011 Federal Income Tax Returns to the Trustee pursuant to 11 U.S.C. § 521.

5. On July 16, 2012, an Order was entered on the Motion to Compel which provided as

follows: "the Debtors have 14 days to submit copies of their 2011 Federal Income Tax Returns to

the Trustee."

6.  More than 14 days have elapsed from the entry of the Order and the Trustee has not

received copies of the Debtors' 2011 Federal Income Tax Returns to the Trustee.

WHEREFORE, Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, prays that the

Court Grant the Trustee's Petition and issue a Rule requiring the Debtors, Jay Allen Pickett, to

appear in person before the Court and show cause, if they have any as to why their case should

not be dismissed for violating the Order on the Motion to Compel.

Respectfully Submitted by
Marsha L. Combs-Skinner,
Chapter 13 Standing Trustee


By: /s/ Kevin Hays
    Staff Attorney for
Marsha L. Combs-Skinner
Chapter 13 Standing Trustee
Central District of Illinois
108 S. Broadway, P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-mail:Kevin@Danville13.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon, Brian C. Lawlyes, Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on August 24, 2012, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Jay Allen Pickett
Tammy Colleen Pickett
6971 Old Dam Rd
Georgetown, IL 61846

/s/ Kevin Hays
Kevin Hays